IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 98.116.50.213

**ISP:** Verizon Internet Services
**Physical Location:** New York, NY

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 01/08/2018 04:59:22 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |
| 01/07/2018 23:38:28 | 29F22087D08778A5F07FA7D88C9F1B70E27DA387 | A Fucking Hot Threesome |
| 01/02/2018 12:16:02 | 18219B62F2D04104C5575D6FCB831BA269613737 | Triple Blonde Fantasy |
| 09/23/2017 16:21:53 | 3A03D24D0EF92C65F7CB484D3EFF81A2E65EAAD4 | Fashion Models |
| 08/20/2017 13:21:22 | D0DB2F51F34377746B69D85A8ABB4B19405640A5 | Fit For A Fuck |
| 05/13/2017 23:36:20 | 8E8C511ECF850102118CD5F35F8FC76EE9B3C6D1 | Blonde Ambition |
| 03/29/2017 13:03:02 | 242FBF473D815423CD623BF4CB974EB015DB8C2A | Maddy Me Crazy |
| 01/14/2017 23:44:32 | 322B6D869851E9753C8BECF9B371EAE4702EF8C5 | New Year Bang |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

SNY433